4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA GALLARDO | * | |
| | * | |
| VS. | * | CIVIL ACTION |
| | * | NO. B-99-005 |
| SPECIALIZED COLLECTIONS | * | |
| SYSTEM, INC. | * | |

O R D E R

An Initial Pretrial Conference was originally scheduled for February 25, 1999, at 10:00 A.M. Counsel did not appear as they did not receive the notice setting said conference.

On March 8, 1999, Mr. Carrabba advised the Court that a settlement had been reached on this cause of action. An Agreed Motion to Dismiss will be submitted to the Court on or before March 29, 1999.

It is so Ordered.

Done at Brownsville, Texas, this 12th day of March, 1999.

John Wm. Black
United States Magistrate Judge