6

United States District Court
Southern District of Texas
ENTERED

APR 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA GALLARDO | § § § | |
| VS. | § § | CIVIL ACTION NO. B-99-005 |
| SPECIALIZED COLLECTION SYSTEM, INC. | § § § | |

## ORDER OF DISMISSAL

Came before the Court, Plaintiff Maria Gallardo and Defendant Specialized Collection Systems, Inc. (sued herein as "Specialized Collection System, Inc.") and represented to the Court that all claims and causes of action between them had been resolved, and it appearing to the Court that all claims in this cause should be dismissed;

IT IS, THEREFORE, ORDERED that all claims. in the above action are hereby Dismissed With Prejudice; and that all costs of court be borne by the party incurring same.

SIGNED this 16th day of April, 1999.

_____
JUDGE PRESIDING

APPROVED AS TO FORM & SUBSTANCE:

_____
ATTORNEY FOR PLAINTIFF

_____
ATTORNEY FOR DEFENDANT

Page 5